IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BOGDAN, | : | |
| as the Administrator of | : | |
| THE ESTATE OF | : | |
| CHERYL-RENEE JOHNSON | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-5021 |
| | : | |
| VOYAVATION, LLC | : | |
| f/k/a MEGABUS PHILADELPHIA, | : | |
| LLC a/k/a MEGABUS, ET AL. | : | |

**ORDER**

This 14th day of February, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Remand (ECF 17) is **GRANTED**, and this case is **REMANDED** to the Court of Common Pleas of Philadelphia County. The Clerk of Court is requested to effectuate this Order of remand and mark this case closed.

                                                                /s/ Gerald Austin McHugh
                                                                United States District Judge